No. 455. WEISS *v.* JOHNSON, COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Morley S. Wolfe* and *Samuel Kalmanash* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Harry Baum* and *Fred E. Youngman* for respondent.

No. 461. COAKER *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Emmett J. Rahm* for petitioner. *John Ben Shepperd,* Attorney General of Texas, for respondent.

No. 462. KILGORE *v.* McKETHAN ET AL. C. A. 5th Cir. Certiorari denied. *Rufus King* and *B. Downey Rice* for petitioner. *Wallace E. Sturgis, Charles A. Savage, Weldon G. Starry, Chester Bedell, Carl E. Duncan, Doyle E. Carlton* and *O. K. Reaves* for respondents.

No. 466. ABNEY ET VIR *v.* CAMPBELL, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *R. Dean Moorhead* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 467. WEISS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sidney Morse* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Paul A. Sweeney* for the United States.

No. 470. PUBLICKER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Earl Jay Gratz* for petitioner. *Acting Solicitor General Stern,*